DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADRIAN ALEXANDER LESTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-217

[July 27, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 312013CF000519A, 312013CF000520A, 312013CF000794A, and 312014CF000391A.

Philip J. Massa, West Palm Beach, for appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***